## W. R. SMITH *v.* A. G. TURNEY.

1—The indorsee of an acceptance sued the acceptors, who pleaded offsets and other matters arising out of transactions and relations between the drawers and themselves. *Held*, that as the endorsement was without date, and neither the pleadings nor evidence showed that it was made after the draft fell due, the plaintiff is to be considered a *bona fide* holder, and the attempted defenses were no answer to his action.

APPEAL from Harrison. Tried below before the Hon. J. B. Williamson.

There is no occasion to state the facts more particularly than they are indicated in the opinion.

*W. H. Bristow*, for appellant.

*G. Lane*, for appellee.

MORRILL, C. J.—On the 16th of April, 1855, one Jordan drew on Greer, Vivien & Smith, in favor of Ward & Vivien, for $5500, payable on the 1st of January, 1856. This draft was accepted by the drawees, and endorsed to defendant, Turney.

Turney, on the 18th of April, 1859, instituted suit against

the acceptors, each of whom filed different answers; but, as neither the pleadings nor the testimony show that the draft was indorsed after it became due, and payable, they were properly disregarded by the court. From all that appears, the purchaser of the draft was a *bona fide* holder, and all attempts to show indebtedness by and between the drawees and the acceptors was irrelevant to the proper issue. The judgment is affirmed.

Affirmed.